1  LAW OFFICE OF MARK E. MERIN
   Mark E. Merin, SBN 043849
2  2001 P Street, Suite 100
   Sacramento, CA 95814
3  Telephone: 916/443-6911
   Facsimile: 916/447-8336
4  E-Mail: mark@markmerin.com

5  Attorneys for Plaintiffs

6                                              —o0o—

7                           UNITED STATES DISTRICT COURT

8                          EASTERN DISTRICT OF CALIFORNIA

9                                              —o0o—

| JUAN M. LEDEZMA, JR., PERLA K. JIMINEZ, and BIANCA LEDEZMA, a minor, by and through her Guardian Ad Litem, Perla K. Jiminez, | CASE NO: |
|---|---|
| Plaintiffs, | **PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |
| v. | |
| GLENN COUNTY; GLENN COUNTY SHERIFF'S DEPARTMENT; GLENN COUNTY SHERIFF'S OFFICERS DOES 1 THROUGH 10; TEHEMA AND GLENN METHAMPHTAMINE ENFORCEMENT TEAM ("T.A.G.M.E.T."); T.A.G.M.E.T. OFFICERS DOES 11 THROUGH 20; and ROES 1 THROUGH 50, inclusive, | |
| Defendants. | |

Petitioner, Bianca Ledezma, by and through her mother and her proposed Guardian Ad Litem, Perla K. Jiminez, states as follows:

1.  I am a minor of the age of 4 years.

2.  I have filed an action in this Court against the named defendants for their, and each of their, involvement in an incident of November 30, 2005, which resulted in the violation of my federal and state constitutional and statutory rights to privacy, among other things, and to be free from excessive force and unreasonable searches and seizures.

3.  I have no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

Page 1
JUAN M. LEDEZMA, et al. v. GLENN COUNTY, et al.                                    USDC, Eastern District, Case No. _____
PETITION FOR GUARDIAN AD LITEM

Dockets.Justia.com

4.  Perla K. Jiminez, my mother, whose address is 185 Broadway, Hamilton City, California 95951, is a competent and responsible person, and fully competent to act as my guardian ad litem.

5.  Perla K. Jiminez is willing to act as guardian ad litem for petitioner, as appears by her consent attached hereto.

WHEREFORE, petitioner moves this Court for an order appointing Perla K. Jiminez as guardian ad litem of petitioner for the purpose of bringing this action against the named defendants and, each of them, on the claims hereinabove described.

I, Bianca Ledezma, by and through my mother and proposed Guardian Ad Litem, Perla K. Jiminez, verify that I have read the petition and know the contents thereof, and state that the statements therein are true and correct of my own personal knowledge.  This declaration was made this 13th day of December, 2006, in Hamilton City, California.

/s/ - "Perla K. Jiminez"
_____
PERLA K. JIMINEZ for
BIANCA LEDEZMA

**CONSENT OF NOMINEE**

I, Perla K. Jiminez, the nominee of the Petitioner, consent to act as guardian ad litem for the minor petitioner in the above action.

DATED: December 13, 2006

/s/ - "Perla K. Jiminez"
_____
PERLA K. JIMINEZ

DATED: December 15, 2006   Respectfully submitted,

LAW OFFICE OF MARK E. MERIN

/s/ - "Mark E. Merin"
BY:_____
Mark E. Merin
Attorneys for Petitioner

**ORDER**

The petition for an order appointing Perla K. Jiminez as guardian ad litem for petitioner Bianca Ledezma is GRANTED.

IT IS SO ORDERED.

Dated: December 19, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

Page 3

JUAN M. LEDEZMA, et al. v. GLENN COUNTY, et al.                    USDC, Eastern District, Case No. _____
PETITION FOR GUARDIAN AD LITEM