LAW OFFICE OF MARK E. MERIN
Mark E. Merin, SBN 043849
2001 P Street, Suite 100
Sacramento, CA 95814
Telephone: 916/443-6911
Facsimile: 916/447-8336
E-Mail: mark@markmerin.com

Attorneys for Plaintiffs

—o0o—

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| JUAN M. LEDEZMA, JR., PERLA K. JIMINEZ, and BIANCA LEDEZMA, a minor, by and through her Guardian Ad Litem, Perla K. Jiminez,<br><br>Plaintiffs,<br><br>v.<br><br>GLENN COUNTY; GLENN COUNTY SHERIFF'S DEPARTMENT; GLENN COUNTY SHERIFF'S OFFICERS DOES 1 THROUGH 10; TEHEMA AND GLENN METHAMPHTAMINE ENFORCEMENT TEAM ("T.A.G.M.E.T."); T.A.G.M.E.T. OFFICERS DOES 11 THROUGH 20; and ROES 1 THROUGH 50, inclusive,<br><br>Defendants. | CASE NO:<br><br>**PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

Petitioner, Bianca Ledezma, by and through her mother and her proposed Guardian Ad Litem, Perla K. Jiminez, states as follows:

1. I am a minor of the age of 4 years.

2. I have filed an action in this Court against the named defendants for their, and each of their, involvement in an incident of November 30, 2005, which resulted in the violation of my federal and state constitutional and statutory rights to privacy, among other things, and to be free from excessive force and unreasonable searches and seizures.

3. I have no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

1    4.    Perla K. Jiminez, my mother, whose address is 185 Broadway, Hamilton City,
2 California 95951, is a competent and responsible person, and fully competent to act as my guardian
3 ad litem.
4    5.    Perla K. Jiminez is willing to act as guardian ad litem for petitioner, as appears by her
5 consent attached hereto.
6    WHEREFORE, petitioner moves this Court for an order appointing Perla K. Jiminez as
7 guardian ad litem of petitioner for the purpose of bringing this action against the named defendants
8 and, each of them, on the claims hereinabove described.
9    I, Bianca Ledezma, by and through my mother and proposed Guardian Ad Litem, Perla K.
10 Jiminez, verify that I have read the petition and know the contents thereof, and state that the
11 statements therein are true and correct of my own personal knowledge.  This declaration was made
12 this 13th day of December, 2006, in Hamilton City, California.

13    /s/ - "Perla K. Jiminez"
       _____
14             PERLA K. JIMINEZ for
                BIANCA LEDEZMA
15
       **CONSENT OF NOMINEE**
16
    I, Perla K. Jiminez, the nominee of the Petitioner, consent to act as guardian ad litem for the
17 minor petitioner in the above action.
18 DATED: December 13, 2006
19
       /s/ - "Perla K. Jiminez"
20     _____
            PERLA K. JIMINEZ
21
   DATED: December 15, 2006        Respectfully submitted,
22
             LAW OFFICE OF MARK E. MERIN
23
24
                /s/ - "Mark E. Merin"
25        BY:_____
               Mark E. Merin
26             Attorneys for Petitioner
27
28

**ORDER**

The petition for an order appointing Perla K. Jiminez as guardian ad litem for petitioner Bianca Ledezma is GRANTED.

IT IS SO ORDERED.

Dated:  December 19, 2006

```
GARLAND E. BURRELL, JR.
United States District Judge
```